NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


WELBLEN HOLDINGS, LLC,                )
                                       )
            Appellant,                 )
                                       )
v.                                     )        Case No. 2D17-2463
                                       )
D. JAY FELDMAN,                        )
                                       )
            Appellee.                  )
_____)

Opinion filed February 16, 2018.

Appeal pursuant to Fla. R. App. P. 9.130 from the Circuit Court for Hillsborough County; Steven Scott Stephens, Judge.

Ronald J. Russo, Tampa and Bruce W. Barnes, Safety Harbor, for Appellant.

John V. Trujillo, Jr., Tampa, for Appellee.


PER CURIAM.


            Affirmed.


KELLY, KHOUZAM, and CRENSHAW, JJ., Concur.